1
2
3
4
5
6
7
8
9
10                   UNITED STATES DISTRICT COURT
11                      EASTERN DISTRICT OF CALIFORNIA
12
13   TOMMY URIOSTE,                          1:07-cv-001164-LJO-SMS (HC)
14              Petitioner,
                                             **ORDER AUTHORIZING**
15   v.                                      **IN FORMA PAUPERIS STATUS**
16   MENDOZA-POWERS, Warden
17              Respondent.
     _____/
18
19        Petitioner is a state  prisoner proceeding pro se with a petition for writ of habeas corpus
20   pursuant to 28 U.S.C. § 2254.  Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to
21   proceed *in forma pauperis*.  The petition will be screened in due course.
22
23   IT IS SO ORDERED.
24   **Dated:   August 15, 2007**            _____/s/ Sandra M. Snyder_____
                                             UNITED STATES MAGISTRATE JUDGE
25
26
27
28