# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMMY URIOSTE, | 1:07-cv-001164-LJO-SMS (HC) |
| Petitioner, | |
| v. | **ORDER AUTHORIZING IN FORMA PAUPERIS STATUS** |
| MENDOZA-POWERS, Warden | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*. The petition will be screened in due course.

IT IS SO ORDERED.

**Dated:   August 15, 2007**              /s/ Sandra M. Snyder
                                          UNITED STATES MAGISTRATE JUDGE