# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMMY URIOSTE,<br><br>        Petitioner,<br><br>    v.<br><br>MENDOZA-POWERS, Warden<br><br>        Respondent.<br>_____ / | 1:07-cv-01164-LJO-SMS (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION, AND REFERRING MATTER BACK TO MAGISTRATE JUDGE FOR FURTHER PROCEEDINGS<br><br>[Doc. 16] |

     Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

     On November 20, 2007, the Magistrate Judge issued Findings and Recommendation that Respondent's Motion to Dismiss be DENIED as moot, Petitioner's request to dismiss the unexhausted claims be GRANTED, and the action proceed on the claim that there was insufficient evidence to support the Board's decision to deny parole. This Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order. Over thirty (30) days have passed and no party has filed objections.

     In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

     Accordingly, IT IS HEREBY ORDERED that:

1

1. The Findings and Recommendation issued November 20, 2007, is ADOPTED IN FULL;

2. The Motion to Dismiss is DENIED as MOOT;

3. Petitioner's request to dismiss the unexhausted claims is GRANTED;

4. This action shall proceed on the claim that there was insufficient evidence to support the Board's decision to deny parole; and,

5. The matter is referred back to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

**Dated:     January 10, 2008**              /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE