# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMMY URIOSTE,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>MENDOZA-POWERS, Warden<br><br>　　　　　　Respondent.<br>_____/ | 1:07-cv-01164-LJO-SMS (HC)<br><br>ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS AS MOOT<br><br>[Doc. 19] |

　　　　Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

　　　　Now pending before the Court is Respondent's motion to dismiss the instant petition as moot due to Petitioner's death, filed February 11, 2008. (Court Doc. 19.) A petition for writ of habeas corpus is moot when the petitioner has died. See Dove v. U.S., 423 U.S. 325 (1976) (dismissing certiorari petition because petitioner had died); see also Griffey v. Lindsey, 349 F.3d 1157 (9th Cir. 2003) (dismissing petition for writ of habeas corpus as moot because petitioner had died). "Because petitioner's death renders this case moot, the petition for writ of habeas corpus should be dismissed as moot." Garceau v. Woodford, 399 F.3d 1101 (9th Cir. 2005).

　　　　Respondent argues and submits evidence that due to Petitioner's death on December 12, 2007, the instant action is MOOT. (Exhibits 1 & 2, attached to Motion.) Thus, due to Petitioner's death, the instant petition shall be dismissed as MOOT.

///

Accordingly, it is HEREBY ORDERED that:

1. Respondent's motion to dismiss the instant petition as MOOT is GRANTED; and,

2. The instant petition for writ of habeas corpus is DISMISSED, with prejudice.

IT IS SO ORDERED.

**Dated:   March 12, 2008**                         /s/ Lawrence J. O'Neill
                                                                  UNITED STATES DISTRICT JUDGE